# IN THE UNITED STATES OF AMERICA
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 2:20-cr-258-ALL |
| v. | : | |
| ANDRE MICHAEL FELTS, ET AL | : | |

## ORDER

AND NOW, this 17th day of June, 2022, upon consideration of Defendant Andre Felts's Motion For Joinder In Co-Defendant's Motions, having received no opposition from the Government, it is **ORDERED** that the Motion is **GRANTED**.

BY THE COURT:

*/s/ Joshua D. Wolson*
Joshua D. Wolson, J.