IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ANDRE MICHAEL FELTS,** *et al.* | Case No. 2:20-cr-00258-JDW |

### ORDER

**AND NOW**, this 15th day of May, 2023, upon consideration of Defendant Andre Michael Felts's Motion for Reconsideration (ECF No. 146), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED**.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.