**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **ANDRE MICHAEL FELTS, *et al.*** | **Case No. 2:20-cr-00258-JDW** |

## ORDER

**AND NOW**, this 21st day of February, 2025, upon consideration of Andre Michael Felts's Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct A Sentence By A Person In Federal Custody (ECF No. 206), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED**, and a certificate of appealability shall not issue.

The Clerk of Court shall mark this case closed for statistical purposes.

**BY THE COURT:**


*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.